**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN LUIS BRACAMONTES and RONALD WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> META PLATFORMS, INC. and NETFLIX, INC., <br><br> Defendants. | Case No. 24-cv-11839 <br><br> District Judge Steven C. Seeger <br><br> Magistrate Judge Gabriel A. Fuentes |

**DEFENDANT NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Local Rule 3.2, Defendant Netflix, Inc., a non-governmental corporate party, states that it has no parent corporation; that no publicly held corporation owns 10% or more of its stock; and that (i) The Vanguard Group, Inc. owns 8.73% of its stock; (ii) BlackRock, Inc. owns 7.372% of its stock; and (iii) Capital Research and Management Company owns 5.478% of its stock.

Dated:  December 5, 2024

Respectfully submitted,

*/s/ Gary Feinerman*
Gary Feinerman (Bar No. 6206906)
  *gary.feinerman@lw.com*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*One of the Attorneys for Defendant Netflix, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Gary Feinerman, hereby certify that on December 5, 2024, I caused copies of the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

Dated: December 5, 2024

*/s/ Gary Feinerman*
Gary Feinerman (Bar No. 6206906)
  *gary.feinerman@lw.com*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*One of the Attorneys for Defendant Netflix, Inc.*

2