# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| JOHN LUIS BRACAMONTES and RONALD WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC. and NETFLIX, INC.,<br><br>        Defendants. | Case No. 1:24-cv-11839<br><br>Judge: Hon. Steven C. Seeger<br><br>Magistrate Judge Gabriel A. Fuentes |

## DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant Meta Platforms, Inc. states as follows. Meta Platforms, Inc. is a publicly held corporation and has no parent corporation. To Meta's knowledge, Blackrock, Inc., The Vanguard Group, Mark Zuckerberg, and FMR LLC each own 5% or more of Meta Platforms, Inc.

Dated: December 9, 2024

Respectfully submitted,

By: */s/ David Z. Gringer*
David Z. Gringer (Bar No. 489029)
WILMER CUTLER PICKERING HALE
AND DORR LLP
*Attorney for Defendant Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2024, I caused the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

By:   */s/ David Z. Gringer*

       David Z. Gringer