# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

John Luis Bracamontes, et al.

                          Plaintiff,

v.                                           Case No.: 1:24−cv−11839
                                                     Honorable Steven C. Seeger

Meta Platforms, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Meta Platform's motion for an extension of time (Dckt. No. [30]) is hereby granted. That said, this Court already granted the requested relief by granting the motion for a stay. (Dckt. No. [31]) That order and the motion to stay hit the docket at roughly the same time. Suffice it to say that Meta doesn't have to respond to the complaint for the time being. The parties must keep this Court in the loop when the court in the Klein matter in the Northern District of California resolves the motion for summary judgment. Once that court issues a ruling, the parties can propose a new schedule for the case at hand. But in the meantime, the parties can put their pencils down. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.