UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN LUIS BRACAMONTES, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. and NETFLIX, INC.<br><br>Defendants. | Civil Action No. 1:24-cv-11839<br><br>Honorable Steven C. Seeger |

## JOINT STATUS REPORT

Pursuant to this Court's January 23, 2025, Minute Order (ECF No. 31) that the "parties must file a status report by the end of March 2025, and must continue to do so on a quarterly basis until the district court in the *Klein* matter resolves" the pending summary judgment motion, Plaintiff John Luis Bracamontes and Defendants Meta Platforms, Inc. and Netflix, Inc. (collectively, "the Parties") jointly submit this status report and state as follows:

1. On January 23, 2025, this Court stayed all proceedings in this action pending resolution of the motion for summary judgment in *Klein v. Meta Platforms, Inc.*, No. 20-cv-08570-JD (N.D. Cal.) ("*Klein*"). ECF Nos. 29, 31.

2. As of February 12, 2025, the motion for summary judgment has been fully briefed in *Klein*. *See Klein*, No. 20-cv-08570, ECF No. 904. The *Klein* court has not yet ruled

on the motion or set a date for oral argument. Trial is scheduled to begin June 30, 2025. *Klein*, No. 20-cv-08570, ECF No. 798.

  3.  The Parties have no further updates for the Court at this time.

  4.  Pursuant to the Court's January 23, 2025 Minute Order, the Parties will submit a joint status report further updating the Court on the status of the *Klein* action by June 30, 2025, or upon resolution of the summary judgment motion in *Klein*, whichever is earlier. ECF No. 31.

Dated: March 31, 2025          Respectfully submitted,

                 By: */s/ Justin N. Boley*

                 Kenneth A. Wexler
                 Justin N. Boley
                 Tyler Story
                 Zoran Tasić
                 Margaret Shadid
                 WEXLER BOLEY & ELGERSMA LLP
                 311 South Wacker Drive, Suite 5450
                 Chicago, IL 60606
                 Tel: (312) 346-2222
                 Fax: (312) 346-0022
                 kaw@wbe-llp.com
                 jnb@wbe-llp.com
                 tjs@wbe-llp.com
                 zt@wbe-llp.com
                 ms@wbe-llp.com

                 Kevin Landau
                 Archana Tamoshunas
                 TAUS, CEBULASH & LANDAU, LLP
                 123 William St., Ste. 1900A
                 New York, NY 10038
                 Tel: (212) 931-0704
                 Fax: (212) 931-0703
                 klandau@tcllaw.com
                 atamoshunas@tcllaw.com

                 Daniel C. Hedlund
                 Michelle J. Looby

Bailey Twyman-Metzger
GUSTAFSON GLUEK, PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-884
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

*Attorneys for Plaintiffs and Proposed Class*

By: */s/ David Z. Gringer*
DAVID Z. GRINGER (Bar No. 489029)
David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

SONAL N. MEHTA (pro hac vice)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

*Attorneys for Defendant Meta Platforms, Inc.*

By: /s/ *Gary Feinerman* (with consent)
Gary Feinerman (Bar No. 6206906)
gary.feinerman@lw.com
Robert C. Collins III (Bar No. 6304674)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Belinda S. Lee (pro hac vice)
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000

San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Jennifer Giordano (pro hac vice)
jennifer.giordano@lw.com
LATHAM & WATKINS LLP
555 11th Street, NW
Washington, DC 20004
Telephone: (202) 637-2200

*Attorneys for Defendant Netflix, Inc.*