# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOHN LUIS BRACAMONTES, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. and NETFLIX, INC.<br><br>Defendants. | Civil Action No. 1:24-cv-11839<br><br>Honorable Steven C. Seeger |

## JOINT STATUS REPORT

Pursuant to this Court's April 23, 2025, Minute Order (ECF No. 34) that "the parties must submit a joint status report further updating the Court on the status of the *Klein* action by June 30, 2025, or upon resolution of the summary judgment motion in *Klein*, whichever is earlier," Plaintiff John Luis Bracamontes and Defendants Meta Platforms, Inc. and Netflix, Inc. (collectively, "the Parties") jointly submit this status report and state as follows:

1.      On January 23, 2025, this Court stayed all proceedings in this action pending resolution of the motion for summary judgment in *Klein v. Meta Platforms, Inc.*, No. 20-cv-08570-JD (N.D. Cal.) ("*Klein*"). ECF Nos. 29, 31.

2.      On June 5, 2025, the *Klein* court held a concurrent expert proceeding relating to Meta's motion to exclude the plaintiffs' class certification-stage expert witness. *Klein*, No. 20-cv-08570, ECF No. 919. Both plaintiffs' expert and Meta's expert testified at this proceeding. The motion is under submission.

3.      As of February 12, 2025, the motion for summary judgment has been fully briefed in *Klein*. *See Klein*, No. 20-cv-08570, ECF No. 904. On April 18, 2025, the *Klein* court vacated the pretrial deadlines for the previously scheduled June 30, 2025 trial pending further order of the court, *Klein*, No. 20-cv-08570, ECF No. 922, and removed that trial date from its calendar. The *Klein* court has not yet set a new trial date.

4.      The Parties have no further updates for the Court at this time.

5.      Pursuant to the Court's January 23, 2025 Minute Order, the Parties will submit a joint status report further updating the Court on the status of the *Klein* action by September 30, 2025, or upon resolution of the summary judgment motion in *Klein*, whichever is earlier. ECF No. 31.

Dated: June 30, 2025                    Respectfully submitted,

By: /s/ *Justin N. Boley*

Kenneth A. Wexler
Justin N. Boley
Tyler Story
Zoran Tasić
Margaret Shadid
WEXLER BOLEY & ELGERSMA LLP
311 South Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
zt@wbe-llp.com
ms@wbe-llp.com

Kevin Landau
Archana Tamoshunas
TAUS, CEBULASH & LANDAU, LLP
123 William St., Ste. 1900A
New York, NY 10038
Tel: (212) 931-0704
Fax: (212) 931-0703

klandau@tcllaw.com
atamoshunas@tcllaw.com

Daniel C. Hedlund
Michelle J. Looby
Bailey Twyman-Metzger
GUSTAFSON GLUEK, PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-884
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
btwymanmetzger@gustafsongluek.com

*Attorneys for Plaintiff and Proposed Class*

By: */s/ David Z. Gringer*
DAVID Z. GRINGER (Bar No. 489029)
David.Gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800

SONAL N. MEHTA (pro hac vice)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000

*Attorneys for Defendant Meta Platforms, Inc.*

By: */s/ Robert C. Collins III* (with consent)
Robert C. Collins III (Bar No. 6304674)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800

Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorney for Defendant Netflix, Inc.*