**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

John Luis Bracamontes, et al.
                        Plaintiff,

v.                                                 Case No.: 1:24−cv−11839
                                                         Honorable Steven C. Seeger

Meta Platforms, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [35]) The Klein case remains pending. As previously ordered, the parties must file the next quarterly report by September 30, 2025, and must keep this Court apprised of any material developments in the meantime. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.