**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

John Luis Bracamontes, et al.
                          Plaintiff,

v.                                              Case No.: 1:24–cv–11839
                                                Honorable Steven C. Seeger

Meta Platforms, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

        MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [37]) The parties gave an update on the pending Klein matter in the Northern District of California. The parties must continue to file quarterly reports, and must update the Court if there are any material developments in the interim. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.